UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT JACKSON TYLER, JR., <br><br> *Plaintiffs*, <br> v. <br><br> MELINDA ELIZABETH SABADO GREEN, et al., <br> *Defendants*. | HON. ROBERT KIRSCH <br><br> *Civil Action No.* 21-16811 (RK) (TJB) <br><br> FILED *EX PARTE* & UNDER SEAL |

### ORDER & CONSENT JUDGMENT

This matter having been opened to the Court by Vikas Khanna, Attorney for the United States acting pursuant to authority conferred by 18 U.S.C. § 515 (Assistant U.S. Attorney David V. Simunovich, appearing), on behalf of Plaintiff United States of America, and Defendants Eric Karlewicz[1] ("Karlewicz") and Empire Pain Center Holdings, LLC ("EPCH"), having consented to the relief sought and for good cause shown,

It is on this 13th day of January, 2025,

ORDERED that the Relator's Complaint, any amended complaints, the United States' Notice of Intervention, and this Order be unsealed; and it is further

ORDERED the seal shall be lifted on all matters occurring in this action after the date of this Order; and it is further

ORDERED that all other papers or Orders on file in this matter shall

---

[1] Mr. Karlewicz is named in the complaint as "Anthony Mazza."

remain under seal; and it is further

ORDERED that judgment be entered in favor of Plaintiff United States of America and against Defendants Karlewicz and EPCH, jointly and severally, in the sum of $68,800,000; and it is further

ORDERED that the matter be dismissed with prejudice as to Defendants Karlewicz and EPCH, and without prejudice as to Defendant Nieco Romanowski.

_____
HON. ROBERT KIRSCH
UNITED STATES DISTRICT JUDGE

Consented as to form and entry:

_____
Darren Gelber, Esq.     11/5/2024 | 1:04 PM EST
Wilentz, Goldman & Spitzer, P.A.
*Counsel for Eric Karlewicz (named in complaint as Anthony Mazza)*

_____
Eric Karlewicz     11/5/2024 | 1:02 PM EST
aka Anthony Mazza
*Defendant*

_____
Empire Pain Center Holdings, LLC
By: Eric Karlewicz     11/5/2024 | 1:02 PM EST
*Defendant*

*/s/ Robert Magnanini*
_____
Robert Magnanini, Esq.
Stone & Magnanini LLP
*Counsel for Relator Robert Tyler, Jr.*

*Rob Tyler*
_____
Rob Tyler (Nov 25, 2024 15:55 EST)
Robert Tyler, Jr.
*Relator*

2

VIKAS KHANNA
Attorney for the United States

By: *(signature)*

DAVID V. SIMUNOVICH
Assistant United States Attorney